UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

RICHARD ARJUN KAUL, MD      )
           Plaintiff,      )
                          )
v.                        )     **JUDGMENT**
                          )     No. 5:23-CV-672-M-KS
CENTER FOR PERSONALIZED    )
EDUCATION FOR PHYSICIANS,   )
JAMES HOWARD SOLOMON,     )
FEDERATION STATE MEDICAL   )
BOARDS, ALLSTATE INSURANCE  )
COMPANY, CHRISTOPHER J.      )
CHRISTIE, ROBERT FRANCIS HEARY, )
DANIEL STOLZ, Jane Doe and JOHN DOE)
           Defendants.      )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motions to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 14, 2024, and for the reasons set forth more specifically therein, it is ordered that defendants' motions to dismiss are GRANTED.

**This judgment Filed and Entered on June 14, 2024, and Copies To:**
Richard Arjun Kaul (via CM/ECF Notice of Electronic Filing)
Steven Andrew Bader (via CM/ECF Notice of Electronic Filing)
Kyle Andrew Medin / Leslie Packer (via CM/ECF Notice of Electronic Filing)
Lauren P. Russell (via CM/ECF Notice of Electronic Filing)
David D'Aloia / Luke Dalton / Geri Albin (via CM/ECF Notice of Electronic Filing)
Edward Sponzilli / Joshua Lanning / Katherine McDiarmid (via CM/ECF Notice of Electronic Filing)
Daniel Stolz (via US mail) 110 Allen Road, Suite 304, Basking Ridge, NJ 07920

June 14, 2024                PETER A. MOORE, JR., CLERK

                           /s/Sandra K. Collins
                        (By)Sandra K. Collins, Deputy Clerk